1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL WAYNE SANCHEZ,<br><br>                    Defendant. | CASE NO. 22-CR-00134-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |

This matter comes before the Court on Defendant Michael Wayne Sanchez's Unopposed Motion to Proceed with Guilty Plea Hearing by Video. Dkt. No. 4. Having considered the motion and the entirety of the record, the Court finds that a video guilty plea hearing should take place as soon as practicable because further delays in this case would cause "serious harm to the interests of justice." *See* General Orders 04-20 and 10-22.

The Court therefore ORDERS that a guilty plea hearing be scheduled by video on September 22, 2022, at 3:30 p.m., before United States Magistrate Judge Paula McCandlis.

ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO - 1

1    Dated this 21st day of September, 2022.

2

3                                              Lauren King
                                               United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO - 2