UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL WAYNE SANCHEZ,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cr-00134-LK<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 52, seeking to forfeit Defendant Michael Wayne Sanchez's interest in the following property (the "Subject Property") to the United States:

- A 4GB Kingston MicroSD card; and

- A LG-H345 cell phone with IMEI number 359562-06-647991-2, seized from Mr. Sanchez's storage unit on or about May 22, 2021.

The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

FINAL ORDER OF FORFEITURE - 1

- On April 21, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a), and forfeiting Mr. Sanchez's interest in it, Dkt. No. 36;

- Thereafter, the Government published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 39;

- As required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), the Government reviewed the underlying investigative material and identified no potential claimants to the Subject Property;

- The time for filing third-party claims has expired and none were filed; and

- Mr. Sanchez was sentenced on November 15, 2023, Dkt. Nos. 50–51.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

Dated this 18th day of April, 2024.

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 2